# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 civ . 1225                                      Purchased/Filed: February 6, 2008

STATE OF NEW YORK       UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

*Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit*
*Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and*   Plaintiff

against

*Columbus Construction Corp.*                                        Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

____ Jessica  Miller ____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ February 12, 2008 _____ , at ___ 2:00pm ___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Fed. R. Civ. Pro. 7.1 and Complaint

on

____ Columbus Construction Corp. ____ , the

Defendant in this action, by delivering to and leaving with _____ Chad Matice _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___ 2 ___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service

was made pursuant to Section ___ 306 Business Corporation Law ___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___ 28 ___   Approx. Wt: ___ 200 ___   Approx. Ht: ___ 6'0" ___

Color of skin: ___ White ___   Hair color: ___ Brown ___   Sex: ___ M ___   Other: _____

Sworn to before me on this

___ 14th ___ day of _____ February, 2008 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4698570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice+Work Order # SP0801442

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**