DC

**ORIGINAL**

Karas, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

Trustees of the Westchester Putnam Counties Laborers' ) 
Local No. 60 Heavy & Highway Benefit Funds, Welfare, )
Pension, Annuity, Education & Training, Legal Services, )
Industry Advancement and Political Action Funds and ) Index No. 08-CIV-1225 (KMK)
the Laborers' International Union of North America )
Local No. 60, )
                                                                       ) **ORDER TO SHOW**
                                                                       ) **CAUSE FOR**
                                                                       ) **DEFAULT JUDGMENT**
                                               Plaintiffs, )
                       -against- )
                                                                       )
COLUMBUS CONSTRUCTION CORP., )
                                               Defendant. )

-----------------------------------------------------------------

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

KARAS, D.J.:

       Upon the annexed supporting affidavit of Karin Arrospide, Esq. and upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby

       ORDERED, that the defendant show cause at a conference to be held on the _8_ day of _July_, 2008 at _12_ o'clock a.m. before the Honorable Kenneth M. Karas in White Plains Courtroom 521 of that day or as soon thereafter as counsel can be heard why a Judgment by Default should not be entered in favor of Plaintiffs for the relief requested in the Complaint, and it is further

       ORDERED, that objections to the relief requested herein or answering papers, if any, shall be served upon Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, Attn: Karin Arrospide, 258 Saw Mill River Road, Elmsford, NY 10523 by the _24th_ day of _June_, 2008; and it is further

ORDERED, that service of a copy of this Order and supporting papers be made upon Defendant, Columbus Construction Corp, 687 S Columbus Avenue, Mt. Vernon, NY 10550 by First Class Mail on or before the 10th day of Jun, 2008, and such service shall be deemed good and sufficient service.

Dated: White Plains, New York
       Jun 3, 2008

SO ORDERED

_____
KENNETH M. KARAS, U.S.D.J.