# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

8 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0560

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

August 5, 2008

<u>VIA FACSIMILE - (914) 390-4152</u>
Honorable Judge Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Trustees of the Westchester Putnam Counties Laborers' et al. vs. Columbus Construction Corp.
Docket No. 08 CIV 1225 (KMK)
<u>Court Conference Date – 8/06/08 @ 12:30 p.m.</u>

Dear Honorable Judge Karas:

This firm is counsel to the plaintiffs in connection with the above matter. Reference is made to the conference scheduled for Wednesday, August 6, 2008 @ 12:30 p.m.

Although Defendant, Columbus Construction Corp., has not formally appeared in this action, we were contacted yesterday by a third party who has offered to pay a portion of defendant's debt to the Benefit Funds.

Accordingly, we hereby request that the court conference be adjourned in contemplation of settlement, to a date in early September, 2008 or such other date that is convenient to the Court.

Kindly advise of the court's decision regarding this request.

Thank you for your assistance and courtesies.

Sincerely,

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
Jack Russo, Esq.

cc: Columbus Construction Corp.

*Conference is adjourned until September 16, 2008, at 10:45*

*So Ordered.*

*8/5/08*

TOTAL P.02

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____