**Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC**
ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0466

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1405
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9002

August 6, 2008

**MEMO ENDORSED**

VIA FACSIMILE – (914) 390-4152
Honorable Judge Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: Trustees, et al. vs. Columbus Construction Corp.
    Docket No. 08 CIV 1225 (KMK)
    Court Conference Date – 9/16/08 @ 10:45 a.m.

Dear Honorable Judge Karas:

This firm is counsel to the plaintiffs in connection with the above matter. Reference is made to the pre-trial conference which was previously scheduled for August 6, 2008 and adjourned to September 16, 2008 @ 10:45 a.m.

Yesterday, we sent you a request for an adjournment which you kindly granted. However, as a result of a scheduling conflict, the undersigned is unable to appear at the conference on September 16, 2008. Accordingly, I respectfully request a brief adjournment of the conference until September 18, 2008.

I sincerely apologize to the Court for any inconvenience this may cause.

Thank you for your assistance and courtesies.

Sincerely,

BARNES, IACCARINO,
VIRGINIA, AMBINDER &
SHEPHERD, PLLC

By: _____
    Jack Russo, Esq.

cc: Columbus Construction Corp.
    Michael C. Delancy, Esq. – (973) 425-0161

*Conference is adjourned until September 18, 2008, at ~~1:15 pm~~ 12 noon.*

*So Ordered.*

*[signature]*
*8/6/08*