# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
Trustees of the Westchester Putnam Counties Laborers' Local
No. 60 Heavy & Highway Benefit Funds, Welfare, Pension,
Annuity, Education & Training, Legal Services, Industry
Advancement and Political Action Funds and the Laborers'
International Union of North America Local No. 60,

                                     Plaintiffs,

-against-                                     08 Civ. 1225 (KMK)

**SUBSTITUTION OF ATTORNEY**

COLUMBUS CONSTRUCTION CORP.

                                     Defendants.
---------------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated : Elmsford, NY
July 29, 2008

                                     Barnes, Iaccarino, Virginia,
                                     Ambinder & Shepherd, PLLC

                                   By:_____
                                   Giacchino Russo, Esq.
                                   258 Saw Mill River Road
                                   Elmsford, NY 10523
                                   (914) 592-1515

SO ORDERED:

_____
HONORABLE JUDGE KENNETH M. KARAS, U.S.D.J